**Gerald P. CLEMENT, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

**No. 71–2559.**

United States Court of Appeals, Fifth Circuit.

Aug. 24, 1971.

Gerald P. Clement, pro se.

Anthony J. P. Farris, U. S. Atty., Houston, Tex., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The application for leave to appeal *in forma pauperis* is granted. The final order of the District Court, denying petitioner's § 2255 application, is affirmed. Smedberg v. United States, 5 Cir. 1971, 448 F.2d 401.

Affirmed.

**Frank J. BEYERS, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

**No. 71–2560.**

United States Court of Appeals, Fifth Circuit.

Aug. 24, 1971.

Frank J. Beyers, pro se.

Anthony J. P. Farris, U. S. Atty., Houston, Tex., for respondent-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

The application for leave to appeal *in forma pauperis* is granted. The final order of the District Court, denying petitioner's § 2255 application, is affirmed. Smedberg v. United States, 5 Cir. 1971, 448 F.2d 401.

Affirmed.